# United States District Court

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| vs. | ) Docket Number: CR 05-0283-07 JSW |
| RAFAEL MARTINEZ | ) |

## ORDER CONTINUING DATE OF JUDGMENT AND SENTENCE

ON MOTION OF THE PROBATION OFFICER and good cause appearing, it is hereby ordered that the judgment and sentence originally set for February 23, 2006 be continued until June 1, 2006 at 2:30 p.m.

Date: FEB 2 1 2006

The Honorable Jeffrey S. White
United States District Judge

NDC-PSR-009 12/06/04